John Abraham STEPHENS *v.* STATE of Arkansas

CR 07-347 256 S.W.3d 483

Supreme Court of Arkansas
Opinion delivered May 3, 2007

*David L. Dunagin,* for appellant.

No response.

PER CURIAM. Appellant John Abraham Stephens, by and through his attorney, has filed a motion for rule on clerk. The court treats these motions as a Motion for Belated Appeal. His attorney, David L. Dunagin, states in the motion that the record was tendered late due to a mistake on his part.

■ Because Dunagin has admitted fault, this motion is granted pursuant to *McDonald v. State*, 356 Ark. 106, 146 S.W.3d 883 (2004). A copy of this opinion will be forwarded to the Committee on Professional Conduct.